UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TUAZON,

                Plaintiff,

v.

HSBC MORTGAGE SERVICE, INC.,

                Defendant.

No. C06-59

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by March 30, 2006. The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

Filed this 17th day of April, 2006.

BRUCE RIFKIN, Clerk

By:   /s Mary Duett
       Deputy Clerk

MINUTE ORDER - 1