1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUAZON,<br><br>               Plaintiff,<br><br>v.<br><br>HSBC MORTGAGE SERVICE, INC.,<br><br>               Defendants. | No. C06-59P<br><br>ORDER TO SHOW CAUSE |

The parties have failed to comply with this Court's April 17, 2006 Order directing the parties to submit a Joint Status Report within 10 days of the order. <u>See</u> Dkt. No. 5. Plaintiff is hereby ordered to show cause why this matter should not be dismissed for failure to comply with this Court's order. Any response will be due within thirty days after entry of this order.

The Clerk is directed to send a copy of this order to plaintiff.

Dated this 1st day of May, 2006.

*[signature]*

Marsha J. Pechman
U.S. District Judge

ORDER -1